UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAMMY SNYDER** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 23-1601** |
| **DOVER BAY SPECIALTY INSURANCE CO., ET AL** | **SECTION: "B" (1)** |

### ORDER OF DISMISSAL

The Court having been advised by Magistrate Judge Van Meerveld that all of the parties to this action have firmly agreed upon a compromise.

**IT IS ORDERED** that the action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties for a reasonable period of time. Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 US 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

**IT IS FURTHER ORDERED THAT ALL PENDING MOTIONS BETWEEN SETTLING PARTIES ARE DISMISSED AS MOOT.**

New Orleans, Louisiana, this 8th day of May, 2024.

_____
SENIOR UNITED STATES DISTRICT JUDGE